**LEWIS BRISBOIS BISGAARD & SMITH** LLP
JEFFERY G. BAIREY, SB# 111271
  Email: Jeff.Bairey@lewisbrisbois.com
JOHN A. TOAL, SB# 194041
  Email: John.Toal@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
DELL INC. and SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STATE FARM GENERAL INSURANCE COMPANY, | CASE NO. 3:16-CV-000602-SK |
|---|---|
| Plaintiff, | Consolidated with 3:16-CV-003697-SK |
| vs. | **STIPULATION AND REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |
| DELL INC. and SAMSUNG SDI CO., LTD., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff STATE FARM GENERAL INSURANCE COMPANY and Defendants DELL INC. and SAMSUNG SDI CO., LTD., by and through their respective attorneys of record, that Plaintiff STATE FARM GENERAL INSURANCE COMPANY's Complaint be dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties will each bear their own costs, expenses, and attorneys' fees.

DATED: March 8, 2018          LEWIS BRISBOIS BISGAARD & SMITH LLP


                              By:     */s/ John A. Toal*
                                   John A. Toal
                                   Attorneys for Defendants
                                   DELL INC. and SAMSUNG SDI CO., LTD.

DATED: March 8, 2018                              GROTEFELD HOFFMAN

                                                  By:     */s/ Lilla Shkolnikov*
                                                          Lilla Shkolnikov
                                                          Attorneys for Plaintiff STATE FARM GENERAL
                                                          INSURANCE COMPANY

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, John A. Toal, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2018, in San Francisco, California.

                                                  By:     /s/ John A. Toal
                                                          John A. Toal

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that:

Plaintiff STATE FARM GENERAL INSURANCE COMPANY's Complaint be dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties will each bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: _____March 8\_\_\_, 2018

_/s/ Sallie Kim_
SALLIE KIM
UNITED STATES MAGISTRATE JUDGE